## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | **:** | |
| **IN RE: RICHARD GROCOTT** | **:** | |
| | **:** | **C.A.# 13-5911** |
| | **:** | **BKY# 12-20713** |
| **(MARCARELLI, ET AL v.** | **:** | **ADV# 13-223** |
| **GROCOTT, et al.)** | **:** | |

## O R D E R

**AND NOW**, this 17th day of March, 2014, for the reasons set forth in the

accompanying Memorandum Opinion, it is hereby **ORDERED** that the decision of the

Bankruptcy Court is **AFFIRMED** and the appeal is **DENIED**.

The Clerk of Court shall mark this case **CLOSED** for statistical purposes.


                                         BY THE COURT:


                                         /s/Lawrence F. Stengel
                                         LAWRENCE F. STENGEL, J.